UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>SCOTT DANIEL PUTNAM,<br><br>        Defendant. | Case No. 06-00008-JLR-JPD<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

    Counts 1 through 5:  Bank Fraud in violation of Title 18 U.S.C. § 1344.

    Count 6:  Aggravated Identity Theft in violation of Title 18 U.S.C. § 1028A.

    Count 7:  Possession of Document Making Implements in violation of Title 18 U.S.C. § 1028(a)(5).

<u>Date of Detention Hearing</u>:    February 6, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    A criminal background check reveals that defendant has been charged and convicted on multiple occasions for forgery or attempted forgery, charged with identity theft on more than one occasion, including repeat conduct shortly after arrest, and, therefore, is a financial danger to the community.

    (2)    Defendant has a history of on-going substance abuse.

(3) Defendant has approximately twenty previous failures to appear in Court on his record.

(4) Defendant's criminal background check reveals three instances of violating the terms of his probation.

(5) Defendant is a risk of flight and a danger to the community based on his previous history.

(6) There appear to be no conditions or combination of conditions short of detention that will reasonably assure the defendant's appearance at future Court hearings and that address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge